IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MATTHEWS | : | CIVIL ACTION |
| v. | : | |
| WESTIN WASHINGTON DULLES HOTEL, et al. | : | NO. 13-143 |

## O R D E R

AND NOW, this 12th day of February, 2013, upon consideration of plaintiff's <u>pro se</u> amended complaint, IT IS ORDERED that:

1. The amended complaint is DISMISSED without prejudice for the reasons discussed in the Court's Memorandum.

2. Plaintiff is given leave to file a second amended complaint within fourteen (14) days of the date of this Order. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

3. This case shall remain CLOSED for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis
LEGROME D. DAVIS, J.