IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MATTHEWS | : | CIVIL ACTION |
| v. | : | |
| WESTIN WASHINGTON DULLES HOTEL, et al. | : | NO. 13-143 |

# O R D E R

AND NOW, this 4th day of March, 2013, upon consideration of plaintiff's pro se second amended complaint (Document No. 11), IT IS ORDERED that:

1. The second amended complaint is DISMISSED for lack of jurisdiction for the reasons discussed in the Court's Memorandum without prejudice to plaintiff's assertion of his claims in state court.

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Legrome D. Davis

LEGROME D. DAVIS, J.